# First District Court of Appeal
## State of Florida

_____

No. 1D2023-1440

_____

Michael Nahoom,

    Appellant,

v.

Florida League of Cities,
Incorporated,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
J. Lee Marsh, Judge.

March 5, 2025

Per Curiam.

AFFIRMED. *Gessner v. Southern Co.*, 396 So. 3d 908 (Fla. 1st DCA 2024) (holding that a plaintiff claiming private whistleblower protection under section 448.102(3), Florida Statutes, must allege an actual violation of a law, rule, or regulation, not just a "suspected violation," in order to survive summary judgment); *see also* § 448.102(1), Fla. Stat. ("An employer may not take any retaliatory personnel action against an employee because the employee *has*: (1) *Disclosed*, or *threatened* to disclose, to any appropriate governmental agency, under oath, in writing, an

activity, policy, or practice of the employer that is in violation of a law, rule, or regulation." (emphasis supplied)); *Washington v. Florida Dept. of Revenue*, 337 So. 3d 502, 509 (Fla. 1st DCA 2022) ("To establish a prima facie case under the Whistle-blower's Act, a plaintiff *must* show that (1) prior to his or her termination, he or she *made a disclosure* protected by the Act . . . ." (emphasis supplied)).

ROWE, WINOKUR, and NORDBY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Marie A. Mattox and Ashley N. Richardson of Marie A. Mattox, P.A., Tallahassee, for Appellant.

Jeffrey D. Slanker and Michael P. Spellman of Sniffen & Spellman, P.A., Tallahassee, for Appellee; Cristine M. Russell of Rogers Towers, P.A., Jacksonville, for Amicus Curiae The Academy of Florida Management Attorneys, Inc.